# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-9242 PA (PLAx) | Date | August 9, 2010 |
|---|---|---|---|
| Title | Product Partners, LLC v. Steven Day, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed. R. Civ. P. 4(m).

On May 25, 2010, this Court granted plaintiff Product Partners, LLC ("Plaintiff") an additional 30 days in which to effectuate service on defendant Steven Day ("Defendant"). (Docket No. 15.) On June 24, 2010, Plaintiff filed a Response to the Court's Order, indicating that it still had not yet effectuated service upon Defendant. (Docket No. 16.) Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing on or before **August 23, 2010,** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint.

IT IS SO ORDERED.

Initials of Preparer               :